# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HAI HONG, | No. CV 11-6336-JAK (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| G. NEOTTI, | |
| Respondent. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: September 2, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE